IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| TERRELL HENDERSON, | ) | 4:08CV3219 |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| ROBERT HOUSTON, Director State of Nebraska Department of Correctional Services, | ) ) ) | |
| | ) | |
| Respondent. | ) | |

Pursuant to the Memorandum and Order entered this date, the Petition for Writ of Habeas Corpus filed by Petitioner Terrell Henderson is dismissed with prejudice.

October 28, 2009.                    BY THE COURT:

*Richard G. Kopf*
United States District Judge